UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| HEINZEN METALS INC ) | CASE NO. 05-18874-CAD | |
| ) | | |
| Debtor(s). ) | Hon. Carol A. Doyle | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604

    On:  November 8, 2006                Time:  10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                              $4,623.32

    Disbursements                                            $14.68

    Net Cash Available for Distribution               $4,608.64

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GREGG SZILAGYI<br>Trustee | $0.00 | $1,153.88 | $0.00 |
| POPOWCER KATTEN, LTD.<br>Accountant for Trustee (Other Firm) | $0.00 | $570.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $59,027.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.87%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 4 | BULLS EYE TELECOM | 1,898.23 | 92.52 |
| 5 | CARPENTER TECHNOLOGY CORP. | 4,118.01 | 200.71 |
| 3 | CENTRAL STEEL & WIRE COMPANY | 2,612.72 | 127.34 |
| 7 | EARLE M. JORGENSEN - MIDWEST | 5,084.20 | 247.80 |
| 6 | M&I MARSHALL & IISLEY BANK | 10,983.99 | 535.35 |
| 8 | MANUFACTURERS NEWS INC. | 424.00 | 20.67 |
| 1 | MARMON/KEYSTONE CORP. | 277.05 | 13.50 |
| 9 | PRECISION COIL | 28,865.86 | 1,406.90 |
| 2 | TALLY METALS | 4,493.01 | 218.99 |
| 10 | YELLOW BOOK USA | 270.00 | 13.16 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| ACCT REC. – FETCO, INC. | $33,759.00 |

Dated: October 11, 2006                                       For the Court,

                                                              By:   KENNETH S GARDNER
                                                                    Kenneth S. Gardner
                                                                    Clerk of the U.S. Bankruptcy Court
                                                                    219 S. Dearborn Street; 7th Floor
                                                                    Chicago, IL 60604

Trustee:   GREGG SZILAGYI

| | |
|---|---|
| Address: | TWO NORTH LASALLE STREET |
| | SUITE 1300 |
| | CHICAGO IL 60602 |
| Phone No.: | (312) 346-8380 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

8874   Doc 21   Filed 10/11/06   Entered 10/14/06 19:36:18   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2              Date Rcvd: Oct 11, 2006
Case: 05-18874                Form ID: pdf002          Total Served: 45


The following entities were served by first class mail on Oct 13, 2006.
db          +Heinzen Metals, Inc.,    P.O. Box 1144,    Northbrook, IL 60065-1144
aty         +Donna B Wallace,    Joseph A Baldi & Associates, PC,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
tr          +Gregg Szilagyi,    Levenfeld Pearlstein, LLC,    Two North LaSalle Street,    Suite 1300,
              Chicago, IL 60602-3709
9336991     +A.M. Castle & Co.,    Allied Interstate,    30699 Russell Ranch Rd. - Suite 250,
              West Lake Village, CA 91362-7319
9336993     +AT&T,    7300 E. Hampton Ave.,    Mesa, AZ 85209-3373
9336992     +Amerinet Yellow Page Directory,    1241 South Maple Road,    Ann Arbor, MI 48103-4433
9336994     +Bulls Eye Telecom,    25900 Greenfield Road,    Suite 330,    Oak Park, MI 48237-1267
9336995     +Carpenter Technology Corp.,    2 Meridian Blvd,    Reading, PA 19610-3202
9336996      Central Engineering & Supply co.,    834 Main Ave.,    P.O. Box 1719,    Passaic, NJ 07055-1719
9336997     +Central Steel & Wire Company,    P.O. Box 5100,    Chicago, IL 60680-5100
9336998     +Chicago Tube & Iron,    2531 W. 48th Street,    Chicago, IL 60632-1497
9336999     +Corey Steel,    2800 S. 61st Ave,    Cicero, IL 60804-3091
9337000     +Cosmopolitan Service Corp.,    205 S. Northwest Highway,    Park Ridge, IL 60068-5802
9337001      Crown Steel Sales, Inc.,    3355 West 31st,    Chicago, IL 60623-5080
9337002     +D&B RMS,    4836 Brecksville Rd,    PO Box 509,    Richfield, OH 44286-0509
9337003     +Earle M. Jorgensen - Midwest,    1900 Mitchell Blvd,    Schaumburg IL 60193-4597
9337004     +Ferguson Metals,    3475 Symmes Road,    Hamilton, OH 45015-1363
9337006      Hinckley Springs,    PO Box 1888,    Bedford Park, IL 60499-1888
9337007      Hutchinson, Warren & Associates,    9393 Van Dyke, Suite 103,    PO Box 8018,
              Sterling Heights, MI 48311-8018
9337008     +Integris Metals,    c/o Teller Levit & Silvertrust, P.C,    11 East Adams,    Chicago, IL 60603-6301
9337009     +KG Specialty Steel Inc.,    2001 Elizabeth Street,,    North Brunswick, NJ 08902-4901
9337010     +Lapham-Hickey Steel, Corp.,    P.O. Box 71114,    Chicago, IL 60694-1114
9337011     +Lawrence Nathan Assoc.,    PO Box 93070,    Henderson, NV 89009-3070
9337012     +M&I Dealer,    770 North Water Street,    Milwaukee, WI 53202-3509
9782137     +M&I Marshall & IIsley Bank,    Attn:Retail Collections - BRK-180-RC,    770 N Water Street,
              Milwaukee WI 53202-3509
9337013     +Major Wire Inc.,    7014 West Cullom Ave.,    Chicago, IL 60706-1397
9337014     +Manufacturers News, Inc.,    1633 Central Street,    Evanston, IL 60201-1569
9337015     +Marmon/Keystone Corp.,    P.O. Box 992,    Butler, PA 16003-0992
9337016      Metals USA,    NCO Financial System Inc.,    P.O. Box 41593,    Philadelphia, PA 19101-1593
9337017     +Mid States Wire,    4642 W. Maypole Avenue,    Chicago, IL 60644-2787
9337018      Nicor Gas,    P.O. Box 2020,    Aurora, IL 60507-2020
9337020     +Parker Steel, Inc.,    D&B RMS,    4836 Brecksville Road,    Richfield, OH 44286-9177
9337021      Pitney Bowes,    2225 American Drive,    Neenah, WI 54956-1005
9337022      Precision Coil,    U.S. Rt. 50 West,    Clarksburg, WV 26301
9337023     +Precision Steel Warehouse, Inc.,    Trout & Associates, LTD,    1540 E. Dundee Road - Suite 160,
              Palatine, IL 60074-8322
9337024     +R.J. Petrich,    148 South Bloomingdale Rd.,    #107,    Bloomingdale, IL 60108-1491
9337025     +SBC Ameritech,    SBC Smart Yellow Pages,    Dept. 771179,    Detroit, MI 48277-0001
9337026     +Superb Motors,    6214 N. Albany Ave.,    Chicago, IL 60659-1495
9337027     +Tally Metals,    c/o Gregory A Calabria,    PO Box 14662,    Reading PA 19612-4662
9337028     +Thompson Machine,    The Toll & Die Group, Inc.,    8400 Washington Place NE,
              Albuquerque, NM 87113-1671
9337030     +UPS,    c/o D&B RMS,    4836 Brecksville Rd. P.O. Box 766,    Richfield, OH 44286-9177
9337029     +Ulbrich Stainless Steel & Spec.,    Teller Levit & Silvertrust PC,    11 East Adams Street,
              Chicago, IL 60603-6369
9337031     +Yellow Book USA,    Yellow Book of Illinois, LLC,    1933 Meacham Road - Suite 600,
              Schaumburg, IL 60173-4390
10581028    +Yellow Book USA,    c/o RMS Bankruptcy Recovery Services,    PO Box 5126,    Timonium MD 21094-5126
9337032      Yellow Freight System,    c/o Lawrence Nathan Associates,    P.O. Box 93070,
              Henderson, NV 89009-3070

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc          Popowcer Katten LTD
9337005      Gagle Brass
9337019      NKS
                                                                                                TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1            User: amcc7              Page 2 of 2              Date Rcvd: Oct 11, 2006
Case: 05-18874                  Form ID: pdf002          Total Served: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 13, 2006**                    **Signature:**    _Joseph Speetjens_