UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| HEINZEN METALS INC. | ) | CASE NO. 05-18874 |
| | ) | |
| Debtor | ) | Hon. CAROL A. DOYLE |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE CAROL A. DOYLE
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks and the final bank statement reflecting a balance of zero for this estate are attached as Exhibit "C".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.


February 19, 2008                                    Gregg Szilagyi
_____                              _____
DATE                                                 TRUSTEE


Gregg Szilagyi
One South Wacker Drive
Chicago, Illinois 60606
(312) 634-4748

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| HEINZEN METALS INC | ) | CASE NO. 05-18874-CAD |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

## DISTRIBUTION REPORT

I, GREGG SZILAGYI, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $1,723.88 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(2)-(a)(7), (a)(9)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $2,892.46 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $4,616.34 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 1,723.88 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | GREGG SZILAGYI, Trustee Compensation | $1,153.88 | $1,153.88 |
|  | GREGG SZILAGYI, Trustee Expenses | $0.00 | $0.00 |
|  | POPOWCER KATTEN, LTD., Accountant for Trustee Fees (Other Firm) | $570.00 | $570.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 |  |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 |  |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 |  |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions | $ 0.00 |  |

Employee Benefit Plans

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and Penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General | $ 59,027.07 | 4.90 |

Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 4 | BULLS EYE TELECOM, General Unsecured 726(a)(2) | $1,898.23 | $93.02 |
| 5 | CARPENTER TECHNOLOGY CORP., General Unsecured 726(a)(2) | $4,118.01 | $201.79 |
| 3 | CENTRAL STEEL & WIRE COMPANY, General Unsecured 726(a)(2) | $2,612.72 | $128.03 |
| 7 | EARLE M. JORGENSEN - MIDWEST, General Unsecured 726(a)(2) | $5,084.20 | $249.14 |
| 6 | M&I MARSHALL & IISLEY BANK, General Unsecured 726(a)(2) | $10,983.99 | $538.24 |
| 8 | MANUFACTURERS NEWS INC., General Unsecured 726(a)(2) | $424.00 | $20.78 |
| 1 | MARMON/KEYSTONE CORP., General Unsecured 726(a)(2) | $277.05 | $13.58 |
| 9 | PRECISION COIL, General Unsecured 726(a)(2) | $28,865.86 | $1,414.49 |
| 2 | TALLY METALS, General Unsecured 726(a)(2) | $4,493.01 | $220.17 |
| 10 | YELLOW BOOK USA, General Unsecured 726(a)(2) | $270.00 | $13.22 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

§726(a)(5) - Interest                                         $ 0.00

|  16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| --- | --- | --- |
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| --- | --- | --- |
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
| --- | --- | --- | --- | --- |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED   November 8, 2006                    /s/ GREGG SZILAGYI
                                            **GREGG SZILAGYI**, Trustee

GREGG SZILAGYI (ARDC #6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone:   (312) 346-8380
Facsimile:   (312) 346-8434

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| HEINZEN METALS INC | ) | CASE NO. 05-18874-CAD |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on GREGG SZILAGYI'S ("the Trustee") final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation          $1,153.88
2. Trustee's expenses              $0.00

          TOTAL                    $1,153.88

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

ENTERED:

By: _Carl A. Doyle_
United States Bankruptcy Judge
11/8/06

*Order Prepared by:*

GREGG SZILAGYI (ARDC # 6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone:  (312) 346-8380
Facsimile:  (312) 346-8434

05-18874;16.2:Application for Compensation:Proposed Order Entered: 10/3/2006 11:37:01 AM by:Gregg Szilagyi Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: HEINZEN METALS, INC. | ) | CASE NO. 05 B 18874 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| DEBTOR | ) | |
| | ) | HON. CAROL A. DOYLE |
| | ) | |

**ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT**

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popower Katten, Ltd. is awarded final compensation for the period May 1, 2006 through May 31, 2006 in the amount of $570.00 and reimbursement of expenses in the amount of $0.00.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(1) of the Bankruptcy Code.

BY THE COURT,

_____
U.S. BANKRUPTCY JUDGE

11/8/06

# EXHIBIT B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-18874
Case Name: HEINZEN METALS INC
Taxpayer ID No: XX-XXX2842
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX3997 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 7/25/2005 | 1 | HEINZEN METALS INC<br>PO BOX 1144<br>NORTHBROOK, IL 60065-1144 | | 1129-000 | 1,860.23 | | 1,860.23 |
| 7/25/2005 | 2 | PUTNAM INVESTMENTS | | 1129-000 | 2,722.65 | | 4,582.88 |
| 7/29/2005 | 4 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 0.13 | | 4,583.01 |
| 8/31/2005 | 4 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 2.34 | | 4,585.35 |
| 9/30/2005 | 4 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 2.26 | | 4,587.61 |
| 10/31/2005 | 4 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 2.34 | | 4,589.95 |
| 11/30/2005 | 4 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 2.26 | | 4,592.21 |
| 12/30/2005 | 4 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 2.33 | | 4,594.54 |
| 1/31/2006 | 4 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 2.35 | | 4,596.89 |
| 2/9/2006 | 001000 | INTERNATIONAL SURETIES LTD<br>SUITE 500<br>203 CARONDELET STREET<br>NEW ORLEANS, LA 70130 | BOND PREMIUM PAYMENT | 2300-000 | | 14.68 | 4,582.21 |
| 2/28/2006 | 4 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.27 | | 4,585.48 |
| 3/31/2006 | 4 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.89 | | 4,589.37 |
| 4/28/2006 | 4 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.77 | | 4,593.14 |
| 5/31/2006 | 4 | Bank of America | Interest Rate 1.000 | 1270-000 | 3.90 | | 4,597.04 |
| 6/30/2006 | 4 | Bank of America | Interest Rate 1.000 | 1270-000 | 3.78 | | 4,600.82 |
| 7/31/2006 | 4 | Bank of America | Interest Rate 1.000 | 1270-000 | 3.91 | | 4,604.73 |
| 8/31/2006 | 4 | Bank of America | Interest Rate 1.000 | 1270-000 | 3.91 | | 4,608.64 |

Page Subtotals 4,623.32 14.68

Page: 1

Page: 2

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-18874
Case Name: HEINZEN METALS INC
Taxpayer ID No: XX-XXX2842
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX3997 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 9/29/2006 | 4 | Bank of America | Interest Rate 1.000 | 1270-000 | 3.78 | | 4,612.42 |
| 10/31/2006 | 4 | Bank of America | Interest Rate 1.000 | 1270-000 | 3.92 | | 4,616.34 |
| 11/8/2006 | | | Transfer of Funds | 9999-000 | | 4,616.34 | 0.00 |
| 11/30/2006 | 4 | Bank of America | Interest Rate 1.000 | 1270-000 | 0.89 | | 0.89 |

COLUMN TOTALS                  4,631.91    4,631.02
Less: Bank Transfers/CD's         0.00     4,616.34
Subtotal                       4,631.91       14.68
Less: Payments to Debtors         0.00        0.00
Net                            4,631.91       14.68

Page Subtotals                    8.59     4,616.34

                                                                           0.89

Page: 3

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-18874
Case Name: HEINZEN METALS INC
Taxpayer ID No: XX-XXX2842
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4239 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 11/8/2006 | | Transfer from Acct#XXXXXX3997 | Transfer of Funds | 9999-000 | 4,616.34 | | 4,616.34 |
| 11/9/2006 | 002001 | POPOWCER KATTEN, LTD. 35 EAST WACKER DRIVE CHICAGO, IL 60601 ATTN: LOIS WEST | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 570.00 | 4,046.34 |
| 11/9/2006 | 002002 | GREGG SZILAGYI TWO NORTH LASALLE STREET SUITE 1300 CHICAGO IL 60602 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 1,153.88 | 2,892.46 |
| 11/9/2006 | 002003 | MARMON/KEYSTONE CORP. PO BOX 992 BUTLER, PA 16003-0902 | (Final distribution to Claim 1, representing a Payment of 4.90% per court order.) | 7100-000 | | 13.58 | 2,878.88 |
| 11/9/2006 | 002004 | TALLY METALS C/O GREGORY CALABRIA PO BOX 14662 READING PA 19612 | (Final distribution to Claim 2, representing a Payment of 4.90% per court order.) | 7100-000 | | 220.17 | 2,658.71 |
| 11/9/2006 | 002005 | M&I MARSHALL & IISLEY BANK ATTN: RETAIL COLLECTIONS - BRK -180-RC 770 WATER STREET MILWAUKEE, WI 53202-3593 | (Final distribution to Claim 6, representing a Payment of 4.90% per court order.) | 7100-000 | | 538.24 | 2,120.47 |
| 11/9/2006 | 002006 | MANUFACTURERS NEWS INC. 1633 CENTRAL STREET EVANSTON, IL 60201 | (Final distribution to Claim 8, representing a Payment of 4.90% per court order.) | 7100-000 | | 20.78 | 2,099.69 |
| 11/9/2006 | 002007 | CARPENTER TECHNOLOGY CORP. 2 MERIDIAN BLVD READING, PA 19610 | (Final distribution to Claim 5, representing a Payment of 4.90% per court order.) | 7100-000 | | 201.79 | 1,897.90 |
| 11/9/2006 | 002008 | PRECISION COIL US ROUTE 50 WEST CLARKSBERG, WV 26301 | (Final distribution to Claim 9, representing a Payment of 4.90% per court order.) | 7100-000 | | 1,414.49 | 483.41 |
| | | | Page Subtotals | | 4,616.34 | 4,132.93 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-18874
Case Name: HEINZEN METALS INC
Taxpayer ID No: XX-XXX2842
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4239 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 11/9/2006 | 002009 | BULLS EYE TELECOM 25900 GREENFIELD ROAD SUITE 330 OAK PARK, MI 48237 | (Final distribution to Claim 4, representing a Payment of 4.90% per court order.) | 7100-000 | | 93.02 | 390.39 |
| 11/9/2006 | 002010 | CENTRAL STEEL & WIRE COMPANY PO BOX 5100 CHCIAGO, IL 60680 | (Final distribution to Claim 3, representing a Payment of 4.90% per court order.) | 7100-000 | | 128.03 | 262.36 |
| 11/9/2006 | 002011 | EARLE M. JORGENSEN - MIDWEST 1900 MITCHELL BLVD SCHAUMBERG, IL 60193 | (Final distribution to Claim 7, representing a Payment of 4.90% per court order.) | 7100-000 | | 249.14 | 13.22 |
| 11/9/2006 | 002012 | YELLOW BOOK USA C/O RMS BANKRUPTCY RECOVERY SERVICES PO BOX 5126 TIMONIUM, MD 21094 | (Final distribution to Claim 10, representing a Payment of 4.90% per court order.) | 7100-000 | | 13.22 | 0.00 |

```
                                            COLUMN TOTALS                    4,616.34      4,616.34
                                              Less: Bank Transfers/CD's          0.00          0.00
                                            Subtotal                         4,616.34      4,616.34
                                              Less: Payments to Debtors         0.00         14.68
                                            Net                              4,616.34      4,601.66
```

|   | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - XXXXXX3997 | 0.00 | 0.00 | 0.89 |
| CHECKING ACCOUNT - XXXXXX4239 | 4,631.91 | 4,616.34 | 0.00 |
| TOTAL OF ALL ACCOUNTS | 4,631.91 | 4,631.02 | 0.89 |
|   | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals    0.00    483.41

# Bank of America

H

CUSTOMER CONNECTION  
BANK OF AMERICA, N.A.  
DALLAS, TEXAS   75283-2406

Account Number     3754453997  
01 01 148 06 M0000 E#         0  
Last Statement:    12/31/2007  
This Statement:    01/31/2008

ESTATE OF  
HEINZEN METALS INC, DEBTOR  
GREGG SZILAGYI - TRUSTEE  
05-18874  
C/O GLOBAL GOVERNMENT BANKING  
***** TX1-492-08-16 *****

Customer Service  
1-877-757-8233

Page      1 of    2

Bankruptcy Case Number:0518874

## SPECIAL MARKETS MONEY MARKET SAVINGS

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 01/01/2008 - 01/31/2008 | Statement Beginning Balance | .89 |
| Number of Deposits/Credits          0 | Amount of Deposits/Credits | .00 |
| Number of Checks                    0 | Amount of Checks | .00 |
| Number of Other Debits              0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | .89 |
| Number of Enclosures                0 | | |
| | Service Charge | .00 |

### Daily Balances

| Date  | Ledger Balance | Collected Balance | Date  | Ledger Balance | Collected Balance |
|-------|----------------|-------------------|-------|----------------|-------------------|
| 12/31 | .89            | .89               | 01/31 | .89            | .89               |

Recycled P